**Michael J. CAYLOR, Respondent,**

v.

**Deborah McCLAIN, Appellant.**

**No. WD 67604.**

Missouri Court of Appeals,
Western District.

July 3, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 2007.

Application for Transfer Denied
Oct. 30, 2007.

David Stephen Rauzi, Kansas City, for Appellant.

Weldon Wayne Perry, Jr., Lexington, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and JAMES M. SMART, Jr., Judge.

1. In its decree, the circuit court ordered that Megan Ann McNeal's name be changed to

## ORDER

Deborah McClain appeals the circuit court's judgment modifying child custody for her and Michael J. Caylor's child. We affirm. Rule 84.16(b).